UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS INDIGENOUS COUNCIL and ANTONIO DIAZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. |
| G.D. SIMPKINS, Sergeant; G. ANDRADE, Officer; D. JOHNSON, Officer; and RANDALL K. TUCKER, Officer, | § § § § § § | SA-11-CV-0315 XR |
| Defendants. | § | |

**ORDER DENYING MOTIONS TO AMEND AND TAKE DEPOSITIONS (DOCKET ENTRY 49 AND 50)**

Several motions are pending before the court and have been referred to the undersigned.

Plaintiffs filed a motion to amend to assert an additional claim based on the Fourth Amendment (docket entry 49) and for leave to take depositions of defendants (docket entry 50), both beyond the deadline for amending pleadings and for discovery. The motions were not accompanied by a request to expand the deadlines. The events which form the basis of this lawsuit took place on April 29, 2009, the complaint was filed on June 10, 2010, the deadline for plaintiffs to amend pleadings expired on August 8, 2011, and the deadline for discovery was December 5, 2011. Neither "good cause" or "excusable neglect" has been established to warrant expansion of these deadlines. Accordingly the motions to amend and for leave to take depositions are DENIED.

**SIGNED** on January 19, 2012.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE